

# THE THIRTEENTH COURT OF APPEALS

### 13-13-00362-CR

### JAMES PLEXICO
### v.
### THE STATE OF TEXAS

### On appeal from the 94th District Court
### of Nueces County, Texas

## <u>JUDGMENT</u>

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

October 17, 2013.